Prob12A
D/NV Form
Rev. June 2014

3:18-cr-00044

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 3 2018

United States District Court
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# REQUEST FOR ACCEPTANCE OF TRANSFER OF JURISDICTION
*Probation Form 22 (Order of Transfer) is Attached*
May 23, 2018

Name of Offender: **Joan Baranek**

Case Number: **2:14CR00533**

Name of Sentencing Judicial Officer: **Honorable Gene E.K. Pratter**

Date of Original Sentence: **June 18, 2015**

Original Offense: **Ct. 1: Mail Fraud; Ct. 2: Filing False Income Tax Return**

Original Sentence: **24 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **April 30, 2017**

Date Jurisdiction Transferred to District of Nevada: **May 11, 2018**

Name of Assigned Judicial Officer: **TBD**

## SUMMARY

On June 18, 2015, Joan Baranek was sentenced in the Eastern District of Pennsylvania to 24 months imprisonment, followed by three years of supervised release, for the offenses of Mail Fraud (Count 1) and Filing False Income Tax Return (Count 2), by the Honorable Gene E.K. Pratter, United States District Judge. On April 30, 2017, Baranek commenced her term of supervision in the Eastern District of Pennsylvania. On September 6, 2017, the District of Nevada, Reno, accepted transfer of her supervision.

Ms. Baranek intends to reside in our district throughout her supervision. In an effort to expedite any future matters which may require the Court's attention, it is recommended that the Court accept jurisdiction of the case. Should the Court agree with this request, transfer of jurisdiction forms are attached for Your Honor's signature.


RE: Joan Baranek

Prob12A
D/NV Form
Rev. June 2014

Respectfully submitted,

*Kelli C Morgan for*   Kelli C. Morgan
2018.05.23
08:49:54 -07'00'

Landon VanWormer
United States Probation Officer

Approved:

*[signature]*   Todd E. White
2018.05.23
08:50:40 -07'00'

Todd E. White
Supervisory United States Probation Officer

---

Please indicate your response below and return to the Probation Office:

☐   Concur with the proposed course of action.

☐   Other (please include Judicial Officer instructions below):

_____

_____

_____


_____
Signature of Judicial Officer


_____
Date